The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically at the time and date indicated, which may be materially different from its entry on the record.



ENTERED PURSUANT TO ADMINISTRATIVE ORDER NO. 08-08,
KENNETH J. HIRZ, CLERK OF COURT

BY: /s/ KIM PEEL
DEPUTY CLERK

Dated: 10:55 AM July 08, 2010

BK1005666
TJK

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AT CANTON

| IN RE: | Case No. 10-61889 |
|---|---|
| Tara R Neidert | Chapter 7 |
|  | Judge Kendig |
| Debtor |  |
|  | **ORDER GRANTING MOTION OF U.S. BANK, N.A. FOR RELIEF FROM STAY AND ABANDONMENT 437 30TH STREET NORTHWEST, CANTON, OH 44709** |

     This matter came before the Court on the Motion for Relief from Stay and Abandonment (the "Motion") filed by U.S. Bank, N.A. ("Movant"). (Docket **10**). Movant has alleged that good cause for granting the Motion exists, and that Debtor(s), counsel for the Debtor(s), the Chapter 7 Trustee, and all other necessary parties were served with the Motion, and with notice of the hearing date on the Motion. No party filed a response or otherwise appeared in opposition

to the Motion, or all responses have been withdrawn. For these reasons, it is appropriate to grant the relief requested.

IT IS, THEREFORE, ORDERED that the Motion is granted. The automatic stay imposed by § 362 of the Bankruptcy Code is terminated with respect to the Movant, its successors, and assigns.

IT IS FURTHER ORDERED that the Chapter 7 Trustee is authorized and directed to abandon the property located at 437 30th Street Northwest Canton, OH 44709.

### 

SUBMITTED BY:

/s/ Rachel K Pearson
Rachel K Pearson, Case Attorney
LERNER, SAMPSON & ROTHFUSS
Bar Registration No. 0079176
Romi T. Fox, Attorney
Bar Registration No. 0037174
Attorneys for Movant
PO Box 5480
Cincinnati, OH 45201-5480
(513) 241-3100 ext. 3309
(513) 354-6464 fax
nohbk@lsrlaw.com

Copies to:

Nicholas J Marchand - Creditor
764 Hartville Rd
Atwater, OH 44201
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Tara R Neidert - Debtor
7686 Mount Pleasant St. NW
North Canton, OH 44720
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Office of the U.S. Trustee
Howard Metzenbaum, U.S. Courthouse
201 Superior Avenue
Cleveland, OH 44114
(Registered address)@usdoj.gov
VIA ELECTRONIC SERVICE

Rachel K Pearson, Esq. - Attorney for Movant
PO Box 5480
Cincinnati, OH 45201-5480
nohbk@lsrlaw.com
VIA ELECTRONIC SERVICE

Anne Piero Silagy - Trustee
220 Market Ave South #900
Canton, OH 44702
asilagycourt@neo.rr.com
VIA ELECTRONIC SERVICE

Timothy R Thomas, Esq. - Attorney for Debtor
402 S. Chestnut Street
Ravenna, OH 44266
tim@attorneytimthomas.com
VIA ELECTRONIC SERVICE